UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARY LEE JOHNSON

PLAINTIFF(S),

v.

MDC LOS ANGELES, ET AL.,

DEFENDANT(S).

CASE NUMBER

00-01470

ORDER RE LEAVE TO FILE ACTION
WITHOUT PREPAYMENT OF FULL FILING FEE

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $150.00. An initial partial filing fee of $_____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. §1915.

Dated: _____     _____
                                              UNITED STATES MAGISTRATE JUDGE

☒ **IT IS RECOMMENDED** that the application of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ District Court lacks jurisdiction
☒ Failure to provide certified copy of trust fund statement for the last six (6) months.
☐ Immunity as to _____
☐ Legally and/or factually patently frivolous
☐ Other: _____

Comments: Plaintiff has attached a document entitled "Certificate of Funds by Prisoner's Account." That document refers to an attached copy of the prisoner's trust account statement. No such trust account statement is attached.

Dated: 4/5/00     _____
                   UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the application of prisoner-plaintiff to file the action without prepayment of the full filing fee is:    ☐ GRANTED    ☒ DENIED (See recommendation above).

Dated: 4/7/00     _____
                   UNITED STATES DISTRICT JUDGE

CV-73c (2/99)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE